UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X
                                    :
UNITED STATES OF AMERICA            :
                                    :    19 CR 355-1
                                    :
     -against-                      :    ORDER
                                    :
XIOMEL SANTOS                       :
                                    :
          Defendant                 :
                                    :
------------------------------------X

     NELSON S. ROMAN, United States District Judge:

     ORDERED that the defendant's bail be modified to include
drug testing and treatment as directed by Pretrial Services.


     Dated:  White Plains, New York
             November 15, 2019



                              SO ORDERED




                              _____
                              HONORABLE NELSON S. ROMAN
                              United States District Judge

ELECTRONICALLY FILED
DOC#
DATE FILED: 11/15/2019