# Federal Defenders
## OF NEW YORK, INC.

Southern District
300 Quarropas Street, Room 260
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124 Fax: (914) 997-6872

---

David E. Patton
*Executive Director
and Attorney-in-Chief*

Susanne Brody
*Attorney-in-Charge
White Plains*

January 27, 2020

**BY ECF AND HAND DELIVERY**

Honorable Nelson Stephen Roman
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: **United States v. Xiomel Santos**
19 Cr. 355 (NSR)

Dear Judge Roman:

On December 5, 2019 Mr. Xiomel Santos was sentenced to 15 months of incarceration and 3 years of supervised release. The Judgement was entered on December 13, 2019, and he was given a self-surrender date of January 31, 2020. BOP has informed us they have not received the paperwork from the Southern District of New York. Therefore, as of today he has not been designated.

We respectfully request a three week adjournment date for his surrender to Monday, March 23, 2020. Mr. Santos is in full compliance with the conditions of his pretrial release. The government does not object to this request.

Respectfully submitted,

*/s/ Susanne Brody*

Susanne Brody, Esq.
Assistant Federal Defender

cc: AUSA Samuel Adelsberg

---

The application is  X  granted.
___ denied.
To extent of Directing Deft to surrender on February 17, 2020 at noon at the BOP Designated Facility or the US Marshall

Nelson S. Roman, U.S.D.J.
Dated: Jan. 28, 2020
White Plains, New York 10601

Clerk of the Court requested to terminate the motion (doc. 27).

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/28/2019