**MEMO ENDORSED**

# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124 Fax: (914) 948-5109

---

David E. Patton
*Executive Director
and Attorney-in-Chief*

*Southern District of New York*
*Jennifer L. Brown*
*Attorney-in-Charge*

June 15, 2022

<u>Via Email and ECF</u>

The Honorable Nelson S. Román
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:   **United States v. Xiomel Santos**
      **19 CR 355 (NSR)**

Dear Honorable Román:

    I am writing in regards to Xiomel Santos, who -- on December 13, 2019 – was sentenced to fifteen-months incarceration to be followed by three years of supervised release. Mr. Santos is currently under supervised release and is being monitored by Probation. I am writing to ask that Your Honor please modify the terms of Mr. Santos's supervised release to allow him to travel internationally for work related purposes. As background, Mr. Santos works for Booking Holdings Incorporated, an online travel agency based in the Netherlands that provides travel-related services. Mr. Santos's boss has asked that he travel to the Netherlands on June 25, 2022 for a business trip. If approved, he would return to New York on July 3, 2022. Additionally, Mr. Santos's boss has indicated that he will have additional business trips in the future.

    Under these circumstances, I ask that Your Honor permit Mr. Santos to travel to the Netherlands for the above-referenced business trip. Additionally, in light of the likelihood that Mr. Santos will have additional business trips, I ask that Your Honor modify the terms of Mr. Santos's supervised release to allow Probation to approve business related travel moving forward.

    I have communicated with A.U.S.A. Sam Adelsberg and he does not object to these requests. I have also communicated with Probation Officer Courtney Cooke, who informed me that Probation has no objection.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/16/2022

Thank you for your consideration of this request.

Sincerely,

/s/

Benjamin Gold
Assistant Federal Defender

cc: A.U.S.A Sam Adelsberg
Officer Courtney Cooke, Probation

Deft's request to temporarily modify the terms of his supervised release to allow him to travel internationally for work related purposes on June 25, 2022 through July 3, 2022, as outlined above, is GRANTED without objection by the Gov't and the Probation Officer. Deft. is directed to provide all travel details to his Probation Officer in advance of his travel.

Furthermore, Deft's request to modify the terms of his supervised release to allow Probation to approve business related travel moving forward is GRANTED without objection by the Gov't and the Probation Officer. Deft. is directed to provide all travel details to his Probation Officer in advance of any approved travel. Clerk of Court is requested to terminate the motion at ECF No. 30.

Dated: White Plains, NY
June 16, 2022

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE