**MEMO ENDORSED**

# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124 Fax: (914) 948-5109

---

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

October 18, 2023

Via Email and ECF

The Honorable Nelson S. Román
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

> **Deft's request for early termination of his supervised release is DENIED without prejudice to renew. It is the Court's determination that that the application is pre-mature. Clerk of Court is requested to terminate the motion at ECF No. 32.   Dated: White Plains, NY**
> **October 18, 2023**
> **SO ORDERED:**
> *[signature]*
> HON. NELSON S. ROMÁN
> UNITED STATES DISTRICT JUDGE

Re:  United States v. Xiomel Santos
     19 CR 355 (NSR)

The Honorable Nelson S. Román,

    I am writing on behalf of Xiomel Santos to ask that Your Honor please terminate Mr. Santos's supervised release. As background, Mr. Santos pled guilty to wire fraud on May 15, 2019, and was subsequently sentenced to fifteen-months incarceration followed by three-years of supervised release. Mr. Santos self-surrendered to BOP custody in February, 2020 and was released from BOP custody on March 9, 2021. Since Mr. Santos's release, he has been steadily employed. Mr. Santos has also been fully compliant with the terms of his supervision, has been engaged with treatment and has paid restitution as instructed. I have spoken to Probation Officer Claire Francisco and Officer Francisco verified that Mr. Santos has been compliant with supervision, as indicated above. Officer Francisco informed me that Probation does not object to early termination of Mr. Santos's supervised release. I have also communicated with AUSA Samuel Adelsberg and he also does not object to this request. Under these circumstances, I ask that you please terminate Mr. Santos's supervised release.

    Thank you very much for your consideration.

Sincerely,

Benjamin Gold

cc:  AUSA Samuel Adelsberg
     Probation Officer Claire Francisco

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/18/2023